```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                        Case No. 17-00107-HWV
Thaddeus A. McCurdy                                           Chapter 13
Bryden H. McCurdy
        Debtors                      ## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Nov 28, 2017
                              Form ID: trc            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
4879106        +PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Tracy Lynn Updike   on behalf of Debtor 1 Thaddeus A. McCurdy tupdike@ssbc-law.com,
         ssollenberger@ssbc-law.com
        Tracy Lynn Updike   on behalf of Debtor 2 Bryden H. McCurdy tupdike@ssbc-law.com,
         ssollenberger@ssbc-law.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00107-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Thaddeus A. McCurdy
758 Allenview Drive
Mechanicsburg PA 17055

Bryden H. McCurdy
758 Allenview Drive
Mechanicsburg PA 17055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: PHEAA, PO BOX 8147, HARRISBURG, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408
ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/30/17

Terrence S. Miller
**CLERK OF THE COURT**