

December 20, 2017

TRACY L. UPDIKE
tupdike@ssbc-law.com

**VIA ELECTRONIC TRANSMITTAL**

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670
tel 717.540.9170
fax 717.736.4071
WWW.SSBC-LAW.COM

      Re:    Thaddeus A. McCurdy and Bryden H. McCurdy
               Chapter 13 Case No. 1-17-00107-HWV

Dear Clerk:

      Please make note of the change of address for the above-referenced Debtors:

| | |
|---|---|
| Old Address: | 758 Allenview Drive<br>Mechanicsburg, PA 17055 |
| New Address: | 5157 Winding Way, Apt. D<br>Harrisburg, PA 17109 |

      Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 540-9170.

      Very truly yours,

      SCHIFFMAN, SHERIDAN & BROWN, P.C.

      Tracy L. Updike