```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00107-HWV
Thaddeus A. McCurdy                                                 Chapter 13
Bryden H. McCurdy
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: MMchugh              Page 1 of 1              Date Rcvd: Jan 23, 2018
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
          +Marjorie B. Farrell,   2337 N. 4th St.,   Harrisburg, PA 17110-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Thaddeus A. McCurdy tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Debtor 2 Bryden H. McCurdy tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   American Credit Acceptance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| THADDEUS A. MCCURDY ) | |
| BRYDEN H. MCCURDY ) | Case No.: 1:17-00107 (HWV) |
| **Debtor(s)** ) | |
| ) | Chapter 13 |
| AMERICAN CREDIT ACCEPTANCE ) | |
| **Movant** ) | Docket No. 37 |
| v. ) | |
| ) | 11 U.S.C. 362 |
| THADDEUS A. MCCURDY ) | |
| BRYDEN H. MCCURDY ) | 11 U.S.C. 1301 |
| MARJORIE B. FARRELL ) | |
| **Respondent(s)** ) | |
| ) | |
| CHARLES J. DEHART, III ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of American Credit Acceptance, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code 1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2009 Chevrolet Malibu** bearing vehicle identification number 1G1ZG57B99F244451 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: January 23, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (JG)

Case 1:17-bk-00107-HWV    Doc 41    Filed 01/25/18    Entered 01/26/18 00:47:54    Desc
Imaged Certificate of Notice    Page 2 of 2