```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-00107-HWV
Thaddeus A. McCurdy                                              Chapter 13
Bryden H. McCurdy
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 1              Date Rcvd: Apr 14, 2020
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb        +Thaddeus A. McCurdy,    Bryden H. McCurdy,    5157 Winding Way,   Apt D,
                Harrisburg, PA 17109-6337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Thaddeus A. McCurdy tlupdike@mette.com,
               cgfraker@mette.com
              Tracy Lynn Updike    on behalf of Debtor 2 Bryden H. McCurdy tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   American Credit Acceptance ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thaddeus A. McCurdy, aka Thad A. McCurdy, | Chapter 13 |
| **Debtor 1** | Case No. 1:17−bk−00107−HWV |
| Bryden H. McCurdy, fka Bryden H. McGarry, | |
| **Debtor 2** | |

Social Security No.:
        xxx−xx−1361        xxx−xx−5528

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 14, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (05/18)